**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6164**

───────────────

WILLIAM RONALD FORBES,

                                    Petitioner - Appellant,

        versus

D. SCOTT DODRILL,

                                    Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-99-764-5-H)

───────────────

Submitted:  June 15, 2000          Decided:  June 22, 2000

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

William Ronald Forbes, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Ronald Forbes appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Forbes v. Dodrill, No. CA-99-764-5-H (E.D.N.C. Jan. 19, 2000). We deny Forbes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2